864

No. 72–1201.  100 Acres of Land, More or Less, in Marin County, California, Drake's Beach Estates, Inc. v. United States.  C. A. 9th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–1213.  Butler v. United States;
No. 72–1356.  Butler v. United States;
No. 72–6535.  Rodriguez v. United States; and
No. 72–6538.  Arias v. United States.  C. A. 9th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.  Reported below: 472 F. 2d 1.

No. 72–1301.  Smith v. Virginia.  Sup. Ct. Va. Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–1307.  Gervato v. United States.  C. A. 3d Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–1333.  Corson et al. v. Superior Court of Los Angeles County.  Ct. App. Cal., 2d App. Dist. Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–1378.  Christian Echoes National Ministry, Inc. v. United States.  C. A. 10th Cir. Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–1453.  Beilenson v. Treasurer of the United States.  C. A. 8th Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.

No. 72–1458.  Clement et ux. v. United States. C. A. 1st Cir.  Certiorari denied.  Mr. Justice Douglas would grant certiorari.